# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138776

TIMOTHY EGELER, Personal Representative
for the Estate of DOROTHY EGELER,
Deceased,
         Plaintiff-Appellee,

v

BRADFORD WYLIE, M.D., and CHELSEA
AREA PRIMARY CARE, P.L.L.C.,
         Defendants-Appellants.

SC: 138776
COA: 280659
Washtenaw CC: 06-000014-NH

_____/

On order of the Court, the application for leave to appeal the March 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

d0831